372 A.2d 414
Commonwealth v. Bond, Appellant.

Submitted September 13, 1976. V. Clayton McQuiddy, III, and Buckley, Nagle & McQuiddy, for appellant; Robert C. Houpt, Deputy District Attorney, and William H. Lamb, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 414
Commonwealth v. Boykins, Appellant.

Submitted April 12, 1976. Dennis J. Clark, for appellant; Louis R. Paulick, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.